UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
----------------------------------------------------------X
UNITED STATES OF AMERICA,

                Plaintiff,

-against-                              **ORDER RECOMMENDING**
                                               **BOP DESIGNATION**

JOSEPH KOHEN,                         07 Cr. 239 (JLL)

                Defendant.
----------------------------------------------------------X

      Upon the application of Ephraim Savitt, Esq., attorney for defendant Joseph Kohen,

      **IT IS HEREBY ORDERED** that the Judgment for Joseph Kohen is modified to the extent that, as to page 1, paragraph 2 of the Judgment, the Court further recommends to the Bureau of Prisons that Joseph Kohen be designated to serve his custodial sentence at the Otisville, New York facility, where he is to self-surrender on May 23, 2011; and

      **IT IS FURTHER ORDERED** that the Clerk of the Court append this Order to the Judgment and forward copies of the same with the Judgment to the Probation Office and Northeast Regional Office of the Bureau of Prisons.

Dated: Newark, New Jersey
          March 1, 2011

                                                  _____
                                                  HONORABLE JOSE L. LINARES
                                                  UNITED STATES DISTRICT JUDGE